Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Rickie Lee Clark

Docket No. 0:02CR00186-001(DSD)

Docket No. 0:02CR00114-001(DSD)

**HEARING WAIVER**

I, Rickie Lee Clark, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall be placed on an alcohol detection device for a period of 60 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00pm to 7:00am each day for random testing purposes.

Signed: Rickie L. Clark
Rickie Lee Clark
Supervised Releasee

Dated: 8-24-05

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
AUG 2 5 2005
U.S. DISTRICT COURT MPLS