PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

NOV 21 2005

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rickie Lee Clark**

**Docket No. 0:02CR00186-001(DSD)**
**Docket No. 0:02CR00114-001 (DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rickie Lee Clark** who was sentenced for Sexual Abuse of a Minor and Assault on March 11, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from the use of alcohol and not frequent establishments
- Drug and alcohol aftercare
- Mandatory drug testing
- No association with persons under the age of 18 except in the presence of a responsible adult
- Sex offender registration
- No contact with the victim
- Participate in sex offender and/or mental health treatment
- Cooperate in the collection of DNA
- Mental health aftercare
- Take any prescribed medications

On August 25, 2005, conditions of supervision were modified due to new criminal conduct and use of alcohol to include:

- Placement on an alcohol detection device for a period of 60 days

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall be placed on an alcohol detection device for a period of 60 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00 p.m. to 7:00 a.m. each day for random testing purposes.

On November 1 and November 5, 2005, the defendant failed to respond to the telephone when contacted by the monitoring center. On November 1, 2005, the defendant was contacted by telephone by his supervising probation officer and instructed to respond when contacted by the monitoring center. On November 5, 2005, the defendant advised that the ringer on his telephone had been shut off.

SCANNED
NOV 21 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall perform 10 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 21st day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on November 18, 2005
Place Bemidji

c: United States Sentencing Commission