Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Rickie Lee Clark

Docket No. 0:02CR00186-001(DSD)

0:02cr 114 DSD

**HEARING WAIVER**

I, Rickie Lee Clark, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 10 hours of community service, as approved by the probation officer.

Signed: Rickie L. Clark 11-17-05
Rickie Lee Clark
Supervised Releasee

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

Dated: 11-17-2005

SCANNED
NOV 2 1 2005
U.S. DISTRICT COURT MPLS