Prob 49

RECEIVED
APR 7 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Rickie Lee Clark

Docket No. 0:02CR00114-001(DSD)

Docket No. 0:02CR00186-001(DSD)

## HEARING WAIVER

I, Rickie Lee Clark, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Rickie L. Clark Jr.
Rickie Lee Clark
Supervised Releasee

Dated: 4-3-06

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
APR 10 2006
U.S. DISTRICT COURT MPLS