**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKIE LEE CLARK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: JEANNE GRAHAM<br>U.S. Magistrate Judge<br><br>Case No: 02-114(DSD) & 02-186(DSD)<br>Date: 6/26/06<br>Court Reporter: K. Mousseau (JRT)<br>Tape Number: N/A<br>Time Commenced: 2:30 PM<br>Time Concluded: 2:45 PM<br>Time in Court: 0 Hours & 15 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 0/15 minutes

APPEARANCES:
Plaintiff: Lisa Kirkpatrick
Defendant: Kate Menendez

Interpreter / Language: N/A // ENGLISH

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota–Preliminary hearing waived.
☐ Deft removed to charging district and ordered to appear

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Next appearance is final revocation hearing before Judge Doty 7/24/06, 2:00 PM

s /M. Lenner
Signature of Judicial Asst.