AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED 06 JUN 29 AM 11:51
CLERK, U.S. DIST. COURT ST. PAUL, MN

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-114 DSD/RLE**

Rickie Lee Clark

0641-0621-1104-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Rickie Lee Clark

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk — June 21, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: 6/21/06

Date of Arrest: 6/22/06

DEPUTY JOHN MURPHY
Name and Title of Arresting Officer

Signature of Arresting Officer

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 JUN 21 P 3:04

SCANNED
JUN 29 2006
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm DC Modified 12/08/04