UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-114 (DSD/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICKIE LEE CLARK,<br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-114 (DSD/RLE)

Defendant Name

Rickie Lee Clark

Remove AUSA

Lisagaye A. Biersay

Add AUSA

Lisa D. Kirkpatrick

Dated: July 2, 2006

RACHEL K. PAULOSE
United States Attorney

s/ Lisa D. Kirkpatrick

BY: LISA D. KIRKPATRICK
Assistant U.S. Attorney