IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Rickie Lee Clark,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 02-114(1)(DSD/RLE) & 02-186(1)(DSD) |
| Date: | July 24, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Lisa D. Kirkpatrick, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued to 4/11/2008.
: Defendant is sentenced to: 3 months.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk