**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
| | ) | BEFORE: ARTHUR J. BOYLAN | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | CR 02-114 DSD/RLE; |
| | ) | | CR 02-186 DSD |
| Rickie Lee Clark, | ) | Date: | 02/27/07 |
| | ) | Court Reporter: | None |
| Defendant. | ) | Tape Number: | 62/2284-3811 |
| | ) | Time Commenced: | 3:35 p.m. |
| | ) | Time Concluded: | 4:05 p.m. |
| | | Time in Court: | 30 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 25 min. Prelim / 5 min. Det:

APPEARANCES:

Plaintiff: Steve Schleicher, Assistant U.S. Attorney
Defendant: Reggie Aligada,
√ FPD

Interpreter / Language: None / English

On Warrant for Violation of √ Supervised Release

√ Defendant Bound Over to District Court of Minnesota.

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Probation Officer Joan White sworn and testified. Any transcript or tape from this hearing shall be sealed per order of the Court due to juvenile names' being revealed.

_s/AR____
Criminal Duty Clerk