A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAR 1 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

0741-0215-0539-D

CASE NUMBER: **CR 02-114 DSD/RLE and 02-186**

Rickie Lee Clark

To: The United States Marshal
and any Authorized United States Officer

2007 FEB 15 P 4: 34

YOU ARE HEREBY COMMANDED to arrest: Rickie Lee Clark

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Stacey E. Kulevich

(By) Stacey E. Kulevich, Deputy Clerk

February 15, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________________ Date of Arrest: __________________

Name and Title of Arresting Officer

Signature of Arresting Officer

2-23-07
USMS

M. Lamunte

SCANNED
MAR 02 2007
U.S. DISTRICT COURT MPLS