**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Rickie Lee Clark,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 02-114(1)(DSD/RLE) & 02-186(1)(DSD) |
| Date: | March 23, 2007 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 8:50 a.m. |
| Time Concluded: | 9:15 a.m. |
| Time in Court: | 25 Minutes |

## APPEARANCES:

Plaintiff: William Koch, Assistant U.S. Attorney
Defendant: Reynaldo A. Aligada, Jr. : FPD

## PROCEEDINGS:.

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations..

## ORDERED:

: Defendant is sentenced to 9 months and no supervision to follow.
: Defendant is in custody.
: Written order to be issued.

s/ Connie L. Baker
Calendar Clerk